08 CV 00864

John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318
ATTORNEYS FOR PLAINTIFF
COSCOL (HK) INVESTMENT & DEVELOPMENT CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSCOL (HK) INVESTMENT & DEVELOPMENT CO., LTD., <br><br> Plaintiff, <br><br> -against- <br><br> ESCOPETA OIL & GAS CORPORATION, <br><br> Defendant. | 08 Civ. \_\_\_\_\_ <br><br> **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, John J. Tomaselli, attorney for Plaintiff COSCOL (HK) Investment & Development Co., Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

COSCOL (HK) Investment & Development Co., Ltd. is not publicly traded, but it is 100% owned by COSCO Shipping Co., Ltd., which is publicly traded on the Shanghai stock exchange.

Dated: New York, New York
    January 23, 2008

TOMASELLI & CO.

By: _____
    John J. Tomaselli
    110 Wall Street
    11th Floor, No. 68
    New York, New York 10005
    Tel: (212) 461-4880
    Fax: (212) 214-0318
    *Attorneys for Plaintiff*
    *COSCOL (HK) Investment & Development Co., Ltd.*