JUDGE CHIN

08 CV 00864

John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318

ATTORNEYS FOR PLAINTIFF
COSCOL (HK) INVESTMENT & DEVELOPMENT CO., LTD.

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #: _____
DATE FILED: 1/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSCOL (HK) INVESTMENT & DEVELOPMENT CO., LTD., <br><br> Plaintiff, <br><br> -against- <br><br> ESCOPETA OIL & GAS CORPORATION, <br><br> Defendant. | 08 Civ. _____ <br><br> **ORDER APPOINTING** <br> **PERSONS TO** <br> **SERVE PROCESS** |

**UPON** application of COSCOL (HK) Investment & Development Co., Ltd. for an Order appointing Wendy Corsino and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Wendy Corsino and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

      **ORDERED** that Wendy Corsino and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:    New York, New York
             January 31, 2008

                                SO ORDERED

                                _____
                                      U.S.D.J.