**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318

ATTORNEYS FOR PLAINTIFF
COSCOL (HK) INVESTMENT & DEVELOPMENT CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSCOL (HK) INVESTMENT &
DEVELOPMENT CO., LTD.,

    Plaintiff,

-against-

ESCOPETA OIL & GAS CORPORATION,

    Defendant.

08 Civ. 0864 - DC

**MOTION TO DISMISS WITH PREJUDICE**

    Plaintiff, COSCOL (HK) Investment & Development Co., Ltd. ("Plaintiff" or "COSCOL"), by and through its attorneys, Tomaselli & Co., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby advises the Court that the underlying causes have been settled and respectfully moves this Court for an Order dismissing this action, with prejudice, and vacating or dissolving all writs issued in this case.

1

Dated: New York, New York
March 14, 2008

TOMASELLI & CO.

By: /s/ John J. Tomaselli
John J. Tomaselli
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318
*Attorneys for Plaintiff*
COSCOL (HK) Investment & Development Co., Ltd.

SO ORDERED:

_____
United States District Judge

3/31/08

2